■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CRUZADO, Appellant. [25 NYS3d 207]—

Judgment, Supreme Court, Bronx County (April A. Newbauer, J.), rendered November 9, 2012, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second felony offender, to a term of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342 [2007]). The evidence supports the conclusion that when defendant used force against a store employee, at least one of his objectives was to overcome the employee's resistance to defendant's retention of stolen merchandise (*see People v Gordon*, 23 NY3d 643, 649-651 [2014]). The record establishes that defendant still had the merchandise at the time he punched the employee and that he lost possession of it only in the midst of the altercation (*see People v Colon*, 129 AD3d 597, 597 [1st Dept 2015], *lv denied* 26 NY3d 966 [2015]). Thus, defendant's statement that he would surrender the merchandise was negated by his actions. Concur—Tom, J.P., Andrias, Moskowitz and Richter, JJ.